IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL D. ROSEN,

     Plaintiff,

v.                      CASE NO. 1:22cv265-RH-MJF

THE STATE OF FLORIDA et al.,

     Defendants.

_____/

**ORDER OF DISMISSAL**

     This case is before the court on the magistrate judge's first and second reports and recommendations, ECF Nos. 13 and 14. No objections have been filed.

     The first report and recommendation correctly concludes that plaintiff's motion for partial summary judgment is unfounded. The second report and recommendation correctly concludes that the plaintiff's third amended complaint is an impermissible shotgun pleading. On the question whether the plaintiff should be given leave to amend further in an attempt to correct the deficiencies, two points carry the day. First, the plaintiff, who apparently is or was an attorney licensed in another state, made little effort to correct the deficiencies that led to dismissal of the original complaint. Second, it is likely that, as a matter of substance, any

amendment would be futile. The plaintiff asserts state-court judges improperly failed to recuse themselves in the plaintiff's many state-court cases. But he has alleged no facts supporting the conclusory assertion that the failures to recuse violated the United States Constitution or federal law. Even more clearly, the plaintiff has alleged no facts that support any claim against the Governor or the Florida legislators whom he also named as defendants.

It is clear that at some point, the plaintiff's claims will be dismissed without leave to amend further. No purpose would be served by putting this off.

Upon consideration,

IT IS ORDERED:

1. The first and second reports and recommendations are accepted.

2. The plaintiff's motion for partial summary judgment, ECF No. 11, is denied.

3. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice."

4. The clerk must close the file.

SO ORDERED on March 2, 2023.

                         s/Robert L. Hinkle
                         United States District Judge